# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ANTONIO JOHNS

VERSUS

MICHAEL LINK AND THE
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO. 2019 CW 1120

**NOV 1 2 2019**

---

In Re:    Michael Link, applying for supervisory writs, 18th
          Judicial District Court, Parish of Iberville, No.
          76893.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

    **WRIT NOT CONSIDERED.** Relator failed to comply with Rule 4-5(9) and (10), Uniform Rules of Louisiana Courts of Appeal, by failing to include a copy of the attachments to the opposition filed in the trial court and the pertinent court minutes.

    Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

    In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before November 26, 2019, and must contain a copy of this ruling.

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT